```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney                    O
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
       Federal Courthouse, 14th Floor
 7     312 North Spring Street
       Los Angeles, California 90012
 8     Telephone: (213) 894-2727
       Facsimile: (213) 894-7177
 9     E-Mail:    Michele.Marchand@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br> REAL PROPERTY LOCATED IN     )<br> CHINO HILLS, CALIFORNIA (K.  )<br> WAHID),                      )<br>                              )<br>           Defendant.         )<br> _____ )<br>                              )<br> KULSUM WAHID,                )<br>                              )<br>           Claimant.          )<br> _____ )| NO. EDCV 07-00727-SGL(OPx)<br><br>**ORDER APPROVING REQUEST TO**<br>**CONTINUE STAY OF CIVIL**<br>**FORFEITURE CASE PENDING**<br>**RELATED CRIMINAL CASE** |

The Court having considered the Joint Status Report re Stay of Civil Forfeiture Case Pending Completion of the Related Criminal Case and Request to Continue Stay,

1 | IT IS HEREBY ORDERED that this case shall remain stayed an
2 | additional 90 days until on or about January 26, 2009. The
3 | parties shall file a joint status report 90 days from date of
4 | entry of this Order advising the Court of the status of the
5 | criminal case referred to in the accompanying stipulation.
6 | DATED:  November 4, 2008

*[signature: S.G. Larson]*

THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2